```
                          UNITED STATES BANKRUPTCY COURT
                                                                          PAGE   1

              FILED

           2004 JAN -8  P 1:49

         U.S. BANKRUPTCY COURT
             SAVANNAH, GA.

IN RE:   ETTA MAE NORMAN                                    REPORT PRINTED 01/06/04
         1721 BARTOW STREET                                 CASE NO.
                                                            0120565
         BRUNSWICK, GA          31520-0000

                JOINT INTERIM REPORT AND ACCOUNT      SS #1: XXX-XX-3993
  ACTIVE                                              SS #2: XXX-XX-0000
  PLAN FILED DATE: Apr 12, 2001    PLAN CONFIRMED: Sep  4, 2001    CASE CONCLUDED:
  ATTORNEY       EUGENE HIGHSMITH
```

Effective January 1, 2004, a new Chapter 13 Trustee has been appointed to administer all cases filed in the Brunswick and Waycross Divisions of the Southern District of Georgia.  Your case is one of those being transferred.  Sylvia Ford Brown, resigning Trustee, and M. Elaina Massey, successor Trustee, present herein a Joint Interim Report and Account of all activity on this case up through December 31, 2003.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.         9487.93

| CREDITOR NAME | CLM # | CLASS | CLAIM AMOUNT | DEBT ALLOWED | TOTAL * PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| CITIFINANCIAL | 0001 | OTH | 2585.35 | .00 | .00 | .00 |
| COASTAL AREA COLLECTIONS | 0002 | UNS | 44.00 | 10.85 | .00 | 10.85 |
| BRUNSWICK FINANCE CO | 0003 | UNS | 110.49 | 27.24 | .00 | 27.24 |
| COLLECTRON INC. | 0004 | UNS | 149.00 | 36.73 | .00 | 36.73 |
| UNIVERSAL FINANCE CO | 0005 | UNS | 637.50 | 157.14 | .00 | 157.14 |
| CITY FINANCE CO | 0006 | UNS | 496.00 | 122.26 | .00 | 122.26 |
| ACCOUNTS RECEIVABLE INC | 0007 | UNS | 571.68 | 140.92 | .00 | 140.92 |
| NISSAN MOTOR ACCEPTANCE | 0008 | UNS | 16432.43 | 4050.59 | .00 | 4050.59 |
| WORLD FINANCE CORP. | 0009 | UNS | 324.24 | 79.93 | .00 | 79.93 |
| ACCOUNTS RECOVERY INTERNATIONA | 0010 | UNS | 114.60 | 28.25 | .00 | 28.25 |
| ACCOUNTS RECOVERY INTERNATIONA | 0011 | UNS | 139.35 | 34.35 | .00 | 34.35 |
| MAX FLOW CORP | 0012 | UNS | 485.64 | 119.71 | .00 | 119.71 |
| JONES,STRICKLAND,CERTAIN & SUD | 0013 | UNS | 48.00 | 11.83 | .00 | 11.83 |
| AMERICREDIT FINANCIAL SVCS,INC | 0014 | SEC | 7800.00 | 7800.00 | 7667.98 | 1430.67 |
| * INCLUDES INTEREST PAID AT 12.00 | % OF $ | 1298.65 | | | | |
| STERLING EMERGENCY PHYS OF GA | 0015 | UNS | 380.78 | 93.86 | .00 | 93.86 |
| RGL ASSOCIATES | 0016 | UNS | 1770.19 | 436.35 | .00 | 436.35 |
| CAPITAL ONE FINANCIAL | 0017 | UNS | 391.20 | 96.43 | .00 | 96.43 |
| CLERK OF U S BANKRUPTCY CRT | 991 | ADM | 155.00 | 155.00 | 155.00 | .00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | .00 | .00 | .00 | .00 |
| EUGENE HIGHSMITH | 999 | ATY | 1100.00 | 1100.00 | 1100.00 | .00 |
| AMERICREDIT FINANCIAL SVCS,INC | 2014 | UNS | 2662.09 | 656.21 | .00 | 656.21 |
| CHAPTER 13 TRUSTEE | | TRU | 1401.99 | 564.95 | 564.95 | 837.04 |

|  | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER |  |
|---|---|---|---|---|---|---|---|
| DEBT | 7800.00 | .00 | 6102.65 | 719.95 | 1100.00 | .00 | TOTAL PAID |
| PAID | 7667.98 | .00 | .00 | 719.95 | 1100.00 | .00 | 9487.93 |

Your new Chapter 13 Trustee's address is P.O. Box 1717, Brunswick, GA 31521-1717.  Please send all payments and correspondence to that address henceforth.  Telephone: 912-466-9787 or toll-free: 866-459-5634.  You must include your CASE NUMBER on all items.

_____/S/_____                                    _____/S/_____
Sylvia Ford Brown, Trustee                                   M. Elaina Massey, Trustee

                                                                             FILE COPY