# United States Bankruptcy Court For the Southern District of Georgia
## M. Elaina Massey, Chapter 13 Trustee

In the matter of:                                                                                                             Printed January 24, 2007

Etta Mae Norman                    Chapter 13 Case Number 01-20565                                    Page 1
1721 Bartow Street
Brunswick, GA  31520
SSN: XXX-XX-3993

## FINAL REPORT AND ACCOUNT

CASE DISPOSITION: COMPLETED                                              DATE CONCLUDED: April 12, 2006
DATE PLAN FILED: April 12, 2001                                              DATE CONFIRMED: September 04, 2001
ATTORNEY: EUGENE HIGHSMITH

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report

RECEIPTS: Amount paid to the Trustee by or for the Debtor for the benefit of Creditors.           $17,410.72

| CREDITOR NAME | CLAIM # | CLASS | CLAIM AMOUNT | DEBT ALLOWED | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| CITIFINANCIAL | 00001 | OTH | 2,585.35 | 0.00 | 0.00 | 0.00 |
| COASTAL AREA COLLECTIONS | 00002 | UNS | 44.00 | 10.59 | 10.59 | 0.00 |
| BRUNSWICK FINANCE CO | 00003 | UNS | 110.49 | 26.59 | 26.59 | 0.00 |
| COLLECTRON INC. | 00004 | UNS | 149.00 | 35.86 | 35.86 | 0.00 |
| UNIVERSAL FINANCE COMPANY | 00005 | UNS | 637.50 | 153.45 | 153.45 | 0.00 |
| CITY FINANCE CO | 00006 | UNS | 496.00 | 119.39 | 119.39 | 0.00 |
| ACCOUNTS RECEIVABLE INC | 00007 | UNS | 571.68 | 137.60 | 137.60 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | 00008 | UNS | 16,432.43 | 3955.29 | 3,955.29 | 0.00 |
| WORLD FINANCE CORP. | 00009 | UNS | 324.24 | 78.04 | 78.04 | 0.00 |
| ACCOUNTS RECOVERY INT'L | 00010 | UNS | 114.60 | 27.58 | 27.58 | 0.00 |
| ACCOUNTS RECOVERY INT'L | 00011 | UNS | 139.35 | 33.54 | 33.54 | 0.00 |
| MAX FLOW CORP | 00012 | UNS | 485.64 | 116.89 | 116.89 | 0.00 |
| JONES,STRICKLAND,CERTAIN & SUD | 00013 | UNS | 48.00 | 11.55 | 11.55 | 0.00 |
| AMERICREDIT FINANCIAL SVCS,INC | 00014 | SEC | 7,800.00 | 7800.00 | 9,142.30 * | 0.00 |
| * INCLUDES INTEREST IN THE AMOUNT OF $1,342.30 PAID AT 12.00% | | | | | | |
| AMERICREDIT FINANCIAL SVCS,INC | 00014 | UNS | 2,662.09 | 640.77 | 640.77 | 0.00 |
| STERLING EMERGENCY PHYS OF GA | 00015 | UNS | 380.78 | 91.65 | 91.65 | 0.00 |
| RGL ASSOCIATES | 00016 | UNS | 1,770.19 | 426.08 | 426.08 | 0.00 |
| CAPITAL ONE FINANCIAL | 00017 | UNS | 391.20 | 94.16 | 94.16 | 0.00 |
| CLERK OF U S BANKRUPTCY COURT | 991 | ADM | 155.00 | 155.00 | 155.00 | 0.00 |
| EUGENE HIGHSMITH | 999 | ATTY | 1,100.00 | 1100.00 | 1,100.00 | 0.00 |
| CHAPTER 13 TRUSTEE | | TRU | 1,054.39 | 1,054.39 | 1,054.39 | 0.00 |
| | | $0.00 | 37,451.93 | 16,068.45 | 17,410.72 | 0.00 |

|  | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|
| DEBT | 7,800.00 | 0.00 | 5,959.03 | 1,209.39 | 1,100.00 | 0.00 | PAID |
| PAID | 9,142.30 | 0.00 | 5,959.03 | 1,209.39 | 1,100.00 | 0.00 | 17,410.72 |

WHEREFORE, your Trustee certifies that this case has been fully administered. Further, your Trustee prays that a final decree be entered discharging her as Trustee and releasing the Trustee and her surety from any and all liability on account of these proceedings.

/s/ M. Elaina Massey
M. Elaina Massey
Chapter 13 Trustee

CAC