# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Application for the Recovery | ) | |
| of Unclaimed Funds | ) | Case Number 01-20565-JSD |
| | ) | |
| ETTA MAE NORMAN | ) | |
| Debtor | ) | |

**ORDER DENYING APPLICATION FOR DISBURSEMENT OF UNCLAIMED FUNDS**

The Debtor filed an Application for the Disbursement of Unclaimed Funds in the amount of $2,677.13 on April 3, 2007

A search of Court records revealed that the funds are held in the Court Registry but are held in the name of a creditor Nissan Motor Acceptance in respect of a dividend on claim 8.

The Application for the Recovery of Unclaimed Funds by the Debtor is hereby denied.

United States Bankruptcy Judge

Entered at Brunswick, Georgia
this ___ day of April 2007

FILED at 2 O'clock & 25 min P.M.
Date 5-7-07
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia